# Court of Appeals
# of the State of Georgia

ATLANTA,   July 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0415.   ATLANTA INDEPENDENT SCHOOL SYSTEM, et al. v. MICHAEL ROGERS.**

Atlanta Independent School System ("AISS"), Erroll B. Davis, Jr., in his official capacity as superintendent of AISS, Sharon Pitts, in her former capacity of general counsel of AISS, and the members of the Atlanta Board of Education, in their official capacities, seek discretionary review of the trial court's grant of partial summary judgment to Michael Rogers and the denial of summary judgment on their claims of official and qualified immunity. The grant of partial summary judgment may be directly appealed. See OCGA § 9-11-56 (h); see also *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). All other rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal. See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980). Additionally, the denial of a motion for summary judgment on sovereign immunity grounds may be considered a collateral order, which may be directly appealed. See *Board of Regents v. Canas*, 295 Ga. App. 505, 507 (1) (672 SE2d 471) (2009).

Under OCGA § 5-6-35 (j), this court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. The defendants shall have 10 days from the date of this order to file a notice of appeal with the superior court, if they have not already done so. The superior court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/08/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*